IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANBOND, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>ATLANTIC BROADBAND GROUP, LLC,<br><br>    Defendant. | C.A. No. 15-842-RGA |
| CHANBOND, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>    Defendant. | C.A. No. 15-843-RGA |
| CHANBOND, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CABLE ONE INC.,<br><br>    Defendant. | C.A. No. 15-844-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, *et al.*,<br><br>      Defendants. | C.A. No. 15-845-RGA |
| CHANBOND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CEQUEL COMMUNICATIONS, LLC, *et al.*,<br><br>      Defendants. | C.A. No. 15-846-RGA |
| CHANBOND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>      Defendant. | C.A. No. 15-847-RGA |
| CHANBOND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>      Defendants. | C.A. No. 15-848-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.,<br><br>                Defendant. | C.A. No. 15-849-RGA |
| CHANBOND, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>                Defendant. | C.A. No. 15-850-RGA |
| CHANBOND, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>                Defendant. | C.A. No. 15-851-RGA |
| CHANBOND, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>TIME WARNER CABLE INC., *et al.*,<br><br>                Defendants. | C.A. No. 15-852-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WAVEDIVISION HOLDINGS, LLC,<br><br>        Defendant. | C.A. No. 15-853-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WIDEOPEN WEST FINANCE, LLC,<br><br>        Defendant. | C.A. No. 15-854-RGA |

## STIPULATION AND [PROPOSED] ORDER STAYING CASES PENDING PTAB DECISION TO INSTITUTE *INTER PARTES* REVIEW

WHEREAS, non-party Cisco Systems, Inc. filed petitions with the U.S. Patent Trial and Appeal Board ("PTAB") seeking *inter partes* review of the asserted claims of three patents-in-suit;

WHEREAS, April 5, 2017 is the last deadline for the PTAB to decide whether to institute the IPRs and April 10, 2017 is the currently scheduled discovery cut-off deadline in the above-captioned actions; and

WHEREAS, the parties urge that it is in the interests of the Parties and the Court to stay the above-captioned cases pending the PTAB's decision on whether to institute the IPRs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, and subject to the approval of the Court, that:

1. The above captioned cases shall be stayed pending the PTAB's decision on whether to institute *inter partes* review of the asserted claims of the patents-in-suit; and

2. The parties shall file a joint status report on April 12, 2017 regarding the PTAB's decision, and shall attach thereto a copy of the PTAB's decisions.

3. In the event that the stay is lifted, the parties agree to discuss any modifications of the scheduling order that should be made due to accommodate for the time period the case was stayed.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jennifer Ying |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Jennifer Ying (#5550) |
| Sara E. Bussiere (#5725) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | jblumenfeld@mnat.com |
| sbussiere@bayardlaw.com | jying@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

March 3, 2017

IT IS SO ORDERED, this ____3____ day of March, 2017.

_____
United States District Judge

5